

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-18-00362-CV

Rudy **MENDEZ**,
Appellant

v.

**BEXAR COUNTY**, City of San Antonio, San Antonio Independent School District, City of San
Antonio Code Compliance,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014TA102976
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant's brief was due to be filed by July 30, 2018. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court